NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TODD DAVID KNIGHTEN,　　　　　)
DOC #T74486,　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　Case No. 2D18-2220
　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　 )
_____)

Opinion filed September 25, 2019.

Appeal from the Circuit Court for
Hillsborough County; Christopher C.
Nash, Judge.

Deana K. Marshall of Law Office of
Deana K. Marshall, P.A., Riverview, for
Appellant.

Carolyn Snurkowski, Associate Deputy
Attorney General, Tallahassee, and
Linsey Sims-Bohnenstiehl, Assistant
Attorney General, Tampa, for Appellee.

PER CURIAM.

　　　　　　　Affirmed.

VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.